CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fix the Court )
)
)
)
vs  Plaintiff )  Civil Action No. __18-cv-_____
)
U.S. National Archives and Records )
Administration )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Fix the Court__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fix the Court__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

999851
BAR IDENTIFICATION NO.

Elizabeth France
Print Name

1030 15th Street NW, B255
Address

Washington, DC 20005
City    State    Zip Code

202.869.5244
Phone Number