# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Fix the Court )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 18-cv-01621-TSC
)
U.S. National Archives and Records Administration )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. National Archives and Records Administration
8601 Adelphi Rd.
College Park, MD 20740

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth France
American Oversight
1030 15th Street NW, B255
Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 7/10/2018

Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o=U.S. Courts, ou=Operations,
email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2018.07.10 13:27:06 -04'00'

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Fix the Court )
)
*Plaintiff* )
)
v. ) Civil Action No. 18-cv-01621-TSC
)
U.S. National Archives and Records Administration )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jessie K. Liu
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth France
American Oversight
1030 15th Street NW, B255
Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 7/10/2018

Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o=U.S. Courts, ou=Operations,
email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2018.07.10 13:26:53 -04'00'

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Fix the Court )
*Plaintiff* )
)
v. )   Civil Action No. 18-cv-01621-TSC
)
U.S. National Archives and Records Administration )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Jeff Sessions
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth France
American Oversight
1030 15th Street NW, B255
Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 7/10/2018

Jean-Claude Douyon

*Signature of Clerk or Deputy Clerk*