**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18-1621 (TSC) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) | |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Fix the Court respectfully moves this Court to issue a preliminary injunction enjoining Defendant the U.S. National Archives and Records Administration ("NARA") from unlawfully impeding Fix the Court's access to records that must be made available under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Fix the Court seeks injunctive relief ordering NARA to expedite the processing of Fix the Court's pending FOIA request. Fix the Court's request seeks records related to Supreme Court nominee Brett Kavanaugh's past work with Kenneth Starr, the Independent Counsel appointed to investigate issues related to then-sitting President Clinton. Such records will allow Fix the Court to inform the public's participation in the debate regarding Judge Kavanaugh's nomination to the U.S. Supreme Court. Fix the Court further seeks an injunction ordering NARA to search for and produce all documents responsive to Fix the Court's FOIA request by such date as the Court deems appropriate.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction. Pursuant to Local Rule 65.1(d), Fix the Court asks that the Court schedule a hearing on this motion at the Court's earliest convenience.

Dated: July 16, 2018                                        Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851

*/s/ John E. Bies*
John E. Bies
D.C. Bar No. 483730

*/s/ Austin R. Evers*
Austin R. Evers
D.C. Bar No. 1006999

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
john.bies@americanoversight.org
austin.evers@americanoversight.org

*Counsel for Plaintiff Fix the Court*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 18-1621 (TSC)<br>) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | )<br>)<br>) |
| *Defendant*. | )<br>) |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendant's Response thereto, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that Defendant the U.S. National Archives and Records Administration shall process Plaintiff's FOIA request dated April 4, 2018; and it is further

**ORDERED** that Defendant the U.S. National Archives and Records Administration shall produce all records responsive to Plaintiff's FOIA request dated April 4, 2018, within ___ days of the date of this order; and it is further

**SO ORDERED**.

Date: _____        _____
                                     United States District Judge

# **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2018, I caused a copy of the foregoing Motion for a Preliminary Injunction to be hand-delivered to defendant at the following address:

U.S. National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740

In addition, a courtesy copy has been delivered to:

Jessie K. Liu
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530


Dated: July 16, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*