**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FIX THE COURT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. 18-cv-1621 (TSC) |
| | ) |
| U.S. NATIONAL ARCHIVES AND RECORDS | ) |
| ADMINISTRATION, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## DECLARATION OF GABE ROTH

I, GABE ROTH, hereby declare as follows:

1.      I am the Executive Director of Fix the Court, a national, non-partisan grassroots

organization created to promote pro-transparency reform at the United States Supreme Court.

### *Fix the Court's Mission and Contributions*

2.      Fix the Court focuses solely on examining activities of the federal judiciary,

including educating the public regarding the Supreme Court's justices and activities, and

proposing reforms to improve transparency and public confidence.

3.      Fix the Court undertakes a range of activities to support its mission. These include

obtaining and publicizing financial disclosure forms filed by Supreme Court justices; requesting

prompt release of audio recordings of oral arguments; providing commentary and analysis on the

justices' financial disclosures and recusals; and identifying opportunities for public action and

engagement.

4.      Through its work, Fix the Court has made numerous concrete contributions to

making the federal judiciary more accessible, open, and accountable. These include requesting

and being granted live online audio for the D.C. Circuit's hearing in *Garza v. Hargan*; working with senators on a bipartisan basis to seek same-day audio for all October Term Supreme Court proceedings in 2018; securing digital access for the public to judges' and justices' financial disclosure reports; and increasing public awareness of conflicts issues involving stock ownership by federal judges and the potential for divestitures to reduce the need for recusals.

5.      With regard to nominations to the Supreme Court, though Fix the Court has never taken a position on whether a nominee should be confirmed by the Senate and never will, it does focus on helping the public and the Senate assess judges' records and fitness to be justices of the Supreme Court and their commitment to the values and reforms Fix the Court advocates.

6.      Specifically, Fix the Court researches likely nominees and identifies sources of relevant records regarding their credentials and jurisprudence; submits public information requests to obtain these records; summarizes, analyzes, and distributes records it receives; and educates the public about the nominee and the confirmation process, including how to contact senators to request that they probe certain topics in the confirmation process or ultimately support or oppose a nominee.

7.      Contributing to the public discourse and promoting public engagement are key components of Fix the Court's mission. Fix the Court collaborates with individuals and organizations nationwide—and across the political spectrum—to raise awareness of these issues and advocate for reforms. For example, Fix the Court has partnered with the Federalist Society and the American Constitution Society to co-host events at a dozen law schools.

8.      In my role as Executive Director, I make frequent media appearances to discuss Fix the Court's work, to inform the public discourse regarding the Supreme Court's activities, and to advocate for reforms, such as increasing media and public access to the Court's

proceedings, strengthening protections against conflicts of interest, and making financial disclosures more robust and readily available for public review.

9.      Fix the Court's ability to obtain public records on a prompt basis is crucial to its goals of promoting accountability, transparency, and reform at the Supreme Court. Prompt responses to public records requests and timely production of relevant documents are crucial to its ability to inform and enhance the public debate surrounding these issues, and to raise awareness of the reforms Fix the Court advocates.

### *Fix the Court's FOIA Request to NARA*

10.      In light of widespread media speculation that Judge Brett M. Kavanaugh could be nominated to the Supreme Court, on April 4, 2018, Fix the Court submitted a Freedom of Information Act ("FOIA") request to the U.S. National Archives and Records Administration ("NARA"), seeking records related to Judge Kavanaugh's past public service working for Independent Counsel Kenneth Starr during the investigation of President Bill Clinton, including drafting portions of the report that led to the president's impeachment. A true and correct copy of Fix the Court's April 4, 2018 FOIA request is attached hereto as Exhibit A.

11.      Fix the Court considers this information vital to its mission to contribute information and analysis to the public discourse concerning Supreme Court nominations and the Court in general.

12.      Fix the Court sought information concerning Judge Kavanaugh's background in April 2018, so that Fix the Court would have relevant data available to share with the public if Judge Kavanaugh was in fact nominated.

13.      Specifically, Fix the Court requested copies of "complaints, correspondence and any performance reviews or reprimands involving Brett Kavanaugh during his time in the Office

of Independent Counsel from Jan. 1, 1994, to Dec. 31, 1998," noting that such records "should

include, but [not be] limited to:

- Complaints regarding Mr. Kavanaugh received from within the OIC [Office of Independent

  Counsel] Department of Justice or from members of the public;

- Digital (e-mail), print or other correspondence and attachments involving Mr. Kavanaugh,

  including instances where he is merely carbon copied (CC'd);

- Performance reviews of Mr. Kavanaugh and [his] service with the OIC or Department of

  Justice; and

- Warnings or reprimands issued regarding Mr. Kavanaugh and [his] service with the OIC or

  Department of Justice."

Ex. A at 1.

14.     On April 20, 2018, Robert Reed, a NARA Archivist, emailed Fix the Court a list

of boxes in NARA's possession containing records related to Judge Kavanaugh, and asked that

Fix the Court review NARA's file manifests to identify more specific files potentially responsive

to its request. A true and correct copy of this email message and subsequent email

correspondence between Robert Reed and myself is attached hereto as Exhibit B.

15.     Fix the Court replied to Mr. Reed's email on the same day, identifying eight full

boxes and specified items within eleven additional boxes for NARA to review and produce if

responsive to Fix the Court's FOIA request. Ex. B at 3.

16.     Fix the Court requested a status update from Mr. Reed on May 14, 2018. Mr.

Reed responded on May 22, 2018, asking a follow-up question concerning Fix the Court's

request, to which Fix the Court responded within an hour. *Id.* at 2.

17.     On May 30, 2018, Mr. Reed provided NARA's preliminary assessment regarding Fix the Court's FOIA request, detailing further reviews NARA would have to perform with respect to the boxes and items identified by Fix the Court, as well as timeframes for each category of review. *Id.* at 1-2.

18.     Specifically, Mr. Reed indicated that one set of items identified by Fix the Court was small enough that he believed NARA could process it in six months. A second set of items identified by Fix the Court would take approximately 22 months to process. Finally, Mr. Reed stated that the bulk of the remaining items would be assigned to NARA's second-tier processing queue, which was experiencing such a backlog that NARA "[was] currently processing requests received in February 2013." I took this to mean that the items assigned to the second-tier processing queue could take over five years to process. *Id.* at 2.

19.     With respect to two remaining items identified in Fix the Court's April 20, 2018 email as potentially responsive, Mr. Reed informed Fix the Court that one item had been determined to be nonresponsive, and that the other item did not exist. I discovered that Fix the Court had misidentified the latter item, and provided corrected information to Mr. Reed in subsequent email correspondence on June 8, 2012. *Id.* at 1-2.

20.     On June 12, 2018, Mr. Reed provided an initial response letter to Fix the Court's FOIA request, a true and correct copy of which is attached hereto as Exhibit C.

21.     This response confirmed the anticipated processing times listed in Mr. Reed's May 30, 2018 email. Other than stating that the corrected item Fix the Court had noted in its June 8, 2018 email (as described in paragraph 19 of this Declaration) had been determined to be nonresponsive, Mr. Reed's June 12, 2018 letter provided no new information concerning the

scope of records to be produced in response to Fix the Court's FOIA request, or the timing of potential production of records. Ex. C.

22.     As of the date of this Declaration, Fix the Court has received no further information from NARA concerning the scope of records to be produced in response to its request, nor has Fix the Court received a single document in response to its request.

### *Judge Kavanaugh's Nomination and Subsequent Events*

23.     On July 9, 2018, President Trump nominated Judge Kavanaugh to the U.S. Supreme Court.

24.     In light of this announcement, Fix the Court's need for a determination on its FOIA request to NARA is all the more urgent. Fix the Court considers it essential that as much information as possible is available for public consumption prior to Judge Kavanaugh's confirmation hearings, in the interest of a fully informed confirmation process.

25.     As Senate Republicans have indicated they will proceed with the process as soon as possible, Fix the Court believes that time is of the essence with respect to the records it has requested from NARA.

26.      Therefore, on July 12, 2018, Fix the Court submitted a request for expedited processing of its FOIA request to NARA. Ex. B at 1.

27.     NARA responded the same day, granting the request. A true and correct copy of an email from Rebecca Calcagno, NARA Supervisory Archivist, granting Fix the Court's request for expedited processing, is attached hereto as Exhibit D.

28.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 16, 2018                        _____

                                                               Gabe Roth

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, I caused a copy of the foregoing Declaration of Gabe Roth in Support of Plaintiff's Motion for a Preliminary Injunction to be hand-delivered to defendant at the following address:

U.S. National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740

In addition, a courtesy copy has been delivered to:

Jessie K. Liu
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

Dated: July 16, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*