# Exhibit A

**From:** **Gabe Roth**  gabe@fixthecourt.com
**Subject:** Fwd: FOIA for Starr Report documents (2 of 2)
**Date:** July 3, 2018 at 10:27 AM
**To:** Katherine Anthony  katherine.anthony@americanoversight.org, **to:** Gabe Roth  gabe@fixthecourt.com, **cc:** Beth France
beth.france@americanoversight.org, **John Bies**  john.bies@americanoversight.org, **Austin Evers**
austin.evers@americanoversight.org



Redacted - Attorney-Client Privileged

---------- Forwarded message ----------
From: **Gabe Roth** <gabe@fixthecourt.com>
Date: Wed, Apr 4, 2018 at 2:41 PM
Subject: FOIA for Starr Report documents (2 of 2)
To: specialaccess_foia@nara.gov

Gabe Roth
Fix the Court
121 St. John's Pl.
Brooklyn, N.Y., 11217

Special Access and FOIA Staff, Room 5500
National Archives and Records Administration
8601 Adelphi Rd.
College Park, Md., 20740

April 4, 2018

Dear Records Request Officer:

Pursuant to the Freedom of Information Act, I request access to and copies of all complaints, correspondence and any performance reviews or reprimands involving Brett Kavanaugh during his time in the Office of Independent Counsel from Jan. 1, 1994, to Dec. 31, 1998.

This should include, but is not limited to:
• Complaints regarding Mr. Kavanaugh received from within the OIC Department of Justice or from members of the public;
• Digital (e-mail), print or other correspondence and attachments involving Mr. Kavanaugh, including instances where he is merely carbon copied (CC'd);
• Performance reviews of Mr. Kavanaugh and her service with the OIC or Department of Justice; and
• Warnings or reprimands issued regarding Mr. Kavanaugh and her service with the OIC or Department of Justice.

For reference, Mr. Kavanaugh served as an associate independent counsel in the Office of Independent Counsel Kenneth Starr from 1994 to 1997 and again for a period in 1998.

If there are costs associated with this request, please let me know, and I can submit payment promptly. If possible, I would prefer to receive this information electronically via e-mail at gabe@fixthecourt.com. If records must be sent by mail, please send to:
Gabe Roth
Fix the Court
121 St. John's Pl.
Brooklyn, NY 11217

If you have questions or need additional information from me, please feel free to call me at 202-780-4990. If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. Thank you for your assistance.

Sincerely,
Gabe Roth

Gabe Roth
Executive Director
Fix the Court