# Exhibit B

**From:** Gabe Roth gabe@fixthecourt.com
**Subject:** Re: FOIA #56806
**Date:** July 12, 2018 at 1:08 PM
**To:** Robert Reed robert.reed@nara.gov, Clinton.library@nara.gov, Specialaccess_foia@nara.gov
**Bcc:** katherine.anthony@americanoversight.org

Dear Rob,

Given the recent announcement regarding Mr. Kavanaugh's nomination to the Supreme Court, pursuant to 5 U.S.C. § 552(a)(6)(E)(i) and 36 C.F.R. § 1250.28(a)(3), Fix the Court requests that NARA expedite the processing of this request.

I hereby certify that, to the best of my knowledge and belief, the information requested is urgently needed in order to inform the public concerning actual or alleged government activity. As you know, on July 9 President Trump announced that he has nominated Mr. Kavanaugh to the Supreme Court, and Senate Majority Leader Mitch McConnell had previously stated that the Senate will act quickly to confirm the President's nominee. The American public has a substantial and urgent need to have access to public records concerning Mr. Kavanaugh's public service record to inform its understanding of the impending confirmation hearings.

I further certify that Fix the Court is primarily engaged in disseminating information to the public. Fix the Court advocates for reforms to the federal judiciary that would make the third branch more transparent and accountable. We seek information and public records as part of our process and use those materials to educate the American about the court and its current and potential justices, sharing information with the media, issuing press releases, reports, and research. As just one example, Fix the Court recently shared financial disclosure reports it obtained for Mr. Kavanaugh and other potential nominees to the Supreme Court appearing on the President's short list (see NEW: Financial Disclosure Reports of the Supreme Court Finalists, Fix the Court, July 6, 2018, https://fixthecourt.com/2018/07/fdshortlisters/).

Accordingly, Fix the Court's request satisfies the criteria for expedition.  Please inform me whether NARA will comply with my request for expedited processing within 10 calendar days, as required by 5 U.S.C. § 552(a)(6)(E)(ii)(I) and 36 C.F.R. § 1250.28(d).

Thank you,
Gabe

-------------
Gabe Roth
Fix the Court
202-780-4990

On Tue, Jun 12, 2018 at 12:49 PM, Gabe Roth <gabe@fixthecourt.com> wrote:
> Thank you! Much appreciated.
>
> On Tue, Jun 12, 2018 at 12:45 PM, Robert Reed <robert.reed@nara.gov> wrote:
>> Hi Gabe,
>>
>> My initial response to your request for OIC files relating to Brett Kavanaugh is attached.
>>
>> Rob
>>
>> Robert Reed
>> Archivist
>> Special Access and FOIA Branch
>> National Archives at College Park
>> 301-837-1651
>> www.archives.gov/research/foia/
>>
>>
>> On Fri, Jun 8, 2018 at 12:24 PM, Gabe Roth <gabe@fixthecourt.com> wrote:
>>> Yes, sorry - I meant box 1556, item no. 22, not box 1156. Thank you for catching that. In terms of reducing the scope of work, I do not wish to do so at this time, but as you imply in the fifth paragraph below, I would like to receive the files as they become available, if possible, instead of waiting until the entire request has been completed. Many thanks.
>>>
>>> On Wed, May 30, 2018 at 2:45 PM, Robert Reed <robert.reed@nara.gov> wrote:
>>>> Gabe,
>>>>
>>>> I've conducted a preliminary assessment of the boxes and folders cited in your e-mails of April 20. I'll send a formal response

that provides appeal rights within the next week. This is just to give you an idea of the outlook for your request at this point.

The combined volume of DC boxes 140, 141, 142, 143, 144, 145, 366 and 503 is estimated at roughly 20,000 pages that requires a line-by-line review. This portion of your request will be assigned to our second-tier processing queue. We are currently processing second-tier requests received in February 2013.

DC boxes 108 (item 2) and 1151 (item 1) will be assigned to our first tier processing queue. The current backlog for first-tier is about 22 months.

DC box 1156 (item 22) -- There is no item 22 for this box. Did you mean item 2? (Appeals Case, J. McDougal)

DC boxes 103 (item 3), 425 ( item 23), 1785 (item 9), 1788 (item 3), 1791 (item 5), 1796 (item 2) and LR box 337 (item 4) are relatively small and could be reviewed within the next six months, without being assigned to one of our regular processing queues.

LR box 60 (item no. 13) is deemed unresponsive because it refers to Kavanaugh's, a Little Rock clothing store, and not to OIC attorney Brett Kavanaugh.

Please let me know if you'd like to reduce the scope of your request. This office is committed to working with you to provide access to records that are relevant to your request in as timely a manner as possible.

Sincerely,
Rob

Robert Reed
Archivist
Special Access and FOIA Branch
National Archives at College Park
301-837-1651
www.archives.gov/research/foia/

On Tue, May 22, 2018 at 12:38 PM, Gabe Roth <gabe@fixthecourt.com> wrote:
> Hi, Rob,
>
> Welcome back, and thanks for the question. I would like everything in the boxes or partial boxes that I indicated on April 20; I think the initial phasing of "complaints, reprimands, or performance reviews," plus the other bullet (i.e., "copies of all digital correspondence") was simply shorthand for that - or longhand, in this case.
>
> Best,
> Gabe
>
> On Tue, May 22, 2018 at 12:00 PM, Robert Reed <robert.reed@nara.gov> wrote:
>> Hi Gabe,
>>
>> I just returned from vacation today, but I'll try to get back to your request this week. Just to be clear, are you only interested in copies of complaints, reprimands, or performance reviews of Kavanaugh and Colloton, or are you interested in all of the boxes and folders specified in your e-mails of April 20, regardless of the contents? Which material is deemed responsive based on how your request is framed will determine placement within our processing queues and time required to fulfill your request.
>>
>> Rob
>>
>> Robert Reed
>> Archivist
>> Special Access and FOIA Branch
>> National Archives at College Park
>> 301-837-1651
>> www.archives.gov/research/foia/
>>
>> On Mon, May 14, 2018 at 10:51 AM, Gabe Roth <gabe@fixthecourt.com> wrote:
>>> Hi, Robert,
>>>
>>> I'm writing to see if you have any updates on my Kavanaugh and Colloton FOIAs in terms of when you think the contents in the boxes I identified will be ready for copying and sending and/or scanning and uploading.
>>>
>>> If you are able to release the files in smaller segments over time, I would be amenable to that.
>>>
>>> Thank you,

> > > Gabe
>
> On Fri, Apr 20, 2018 at 10:37 AM, Gabe Roth <gabe@fixthecourt.com> wrote:
>> My apologies - I hit "send" too soon. To be clear, the numbers I referenced in the 10:33 a.m. e-mail today were for D.C. boxes.
>>
>> In terms of Little Rock boxes, I am interested in the partial contents of boxes 60 (item no. 13) and 337 (no. 4). Thank you.
>>
>> On Fri, Apr 20, 2018 at 10:33 AM, Gabe Roth <gabe@fixthecourt.com> wrote:
>>> Hi, Robert,
>>>
>>> Thank you for the thorough response. For the time being, I want to focus on FOIA case no. 56806.
>>>
>>> I am interested in the entire contents of the following boxes: 140, 141, 142, 143, 144, 145, 366 and 503.
>>>
>>> And I am interested in partial contents of the following boxes: 103 (item no. 3), 108 (no. 2), 425 (no. 23), 1151 (no. 1), 1156 (no. 22), 1785 (no. 9), 1788 (no. 3), 1791 (no. 5), 1796 (no. 2).
>>>
>>> Feel free to give me a call at 312-545-8556 if there are any issues with this request, and please let me know how long it will take to fill it. I will be applying for a cost waiver since Fix the Court has nonprofit status.
>>>
>>> Thanks again,
>>> Gabe
>>>
>>> On Fri, Apr 20, 2018 at 9:00 AM, Robert Reed <robert.reed@nara.gov> wrote:
>>>> Mr. Roth,
>>>>
>>>> I am writing in response to your Freedom of Information Act requests of April 4, 2018 for records of Independent Counsel Kenneth W. Starr relating to attorneys Steven Colloton and Brett Kavanuagh. Your requests were received in this office on April 6, 2018 and assigned FOIA case tracking numbers 56805 (Colloton) and 56806 (Kavanaugh).
>>>>
>>>> I encourage you to review the finding aids for OIC's District of Columbia and Little Rock offices, available at the following URL:
>>>>
>>>> https://www.archives.gov/research/investigations/starr
>>>>
>>>> Steven Colloton's attorney files are found in DC boxes 87-88 and 362-364 and LR boxes 201, 335-336, and 711-714.
>>>>
>>>> Brett Kavanaugh's attorney files are found in DC boxes 140-145, 366, and 503.
>>>>
>>>> If you identify folder titles from the file manifests that are relevant to your subjects of interest, our office will examine those files and determine their responsiveness. We are committed to working with you in order to perfect your request and provide access to all responsive records. Please contact me directly at robert.reed@nara.gov and reference FOIA case tracking numbers 56805 and 56806.
>>>>
>>>> If you are not satisfied with my action on this request and would like the opportunity to discuss my response, you may contact our FOIA Public Liaison for assistance:
>>>>
>>>>> Accessioned Executive Branch Records – Washington, DC Area
>>>>> FOIA Requester Service Center: 301-837-3190
>>>>> FOIA Public Liaison: Martha Wagner Murphy
>>>>> 8601 Adelphi Road, Room 5500
>>>>>     College Park, MD 20740-6001
>>>>> Telephone: 301-837-3270
>>>>> e-mail: dc.foia.liaison@nara.gov
>>>>
>>>> Sincerely,
>>>> Robert Reed
>>>> Archivist
>>>> Special Access and FOIA Branch
>>>> National Archives at College Park
>>>> 301-837-1651
>>>> www.archives.gov/research/foia/