# Exhibit C

NATIONAL ARCHIVES *and* RECORDS ADMINISTRATION
8601 ADELPHI ROAD   COLLEGE PARK, MD 20740-6001
*www.archives.gov*

NATIONAL
ARCHIVES

June 12, 2018

Gabe Roth
121 St. John's Place
Brooklyn, New York 11217


Dear Mr. Roth,

I am writing in further response to your Freedom of Information Act request of April 4, 2018 for records in the custody of the National Archives and Records Administration. Your request for information relating to Brett Kavanaugh in the Records of Independent Counsel Kenneth W. Starr was received in this office on April 6, 2018 and assigned FOIA case tracking number 56806.

Based on our initial consultation and your review of the finding aids for OIC's District of Columbia and Little Rock offices, you have requested access to the following records:

       DC boxes 140, 141, 142, 143, 144, 145, 366, 503 (all items).
       DC box 103 (item 3: Kavanaugh)
       DC box 108 (item 2: Kavanaugh Material re WHCO Subpoena Compliance)
       DC box 425 (item 23: Kavanaugh Memos)
       DC box 1151 (item 1: Colloton-Kavanaugh 8/7/96 Memorandum)
       DC box 1556 (item 22: 172 -- 2/2/00 -- 478 -- Kavanaugh Clothiers – Documents Retained
       DC box 1785 (item 9: Kavanaugh, Brett)
       DC box 1788 (item 3: Brett Kavanaugh)
       DC box 1791 (item 5: Kavanaugh, Brett)
       DC box 1796 (item 2: Kavanaugh, Brett)
       LR box 60 (item 13: Subpoena 478 Kavanaugh Clothing)
       LR box 337 (item 4: Indictment/Impeachment Kavanaugh Research)

These records require screening for categories of information exempted from disclosure under the terms of Freedom of Information Act, prior to public release. I have determined that the following items represents a relatively small amount of material and can be reviewed in the next six months, without being formally assigned to one of our regular processing queues: DC boxes 103 (item 3), 425 (item 23), 1785 (item 9), 1788 (item 3), 1791 (item 5), 1796 (item 2) and LR box 337 (item 4).

DC box 1556 (item 22) and LR box 60 (item 13) are deemed unresponsive because both files relate to Kavanaugh's, a Little Rock clothing store where the Hubbell's had an account. There is no material in either file pertinent to your interest in Brett Kavanaugh.

1

Requests for files with a volume of 500 pages or less are assigned to our first-tier processing queue. Taking into consideration our existing backlog, the estimated time required to complete the processing of your request is approximately 22 months from the date of this letter. DC boxes 108 (item 2) and 1151 (item 1) have a combined volume of less than 500 pages and will be placed in our first-tier queue.

Requests for files with a volume exceeding 500 pages are assigned to our second-tier processing queue. To give you an indication of our current backlog, we are currently processing requests received in February 2013. The combined volume of the Brett Kavanaugh Attorney Work Files, comprised of DC boxes 140-145, 366, and 503, is estimated at 20,000 pages. This portion of your request will be assigned to our second-tier queue.

To notify this office of a change in your contact information or to track the status of your request, please telephone 301-837-3190 or e-mail specialaccess_foia@nara.gov. If you have specific questions regarding the subject of your request, please contact me directly at 301-837-1651 or robert.reed@nara.gov.

If you are not satisfied with my action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter. Appeals must be in writing and may be delivered by regular U.S. mail or by e-mail. By filing an appeal, you preserve your rights under the Freedom of Information Act and present the deciding agency with an opportunity to review your request and reconsider its decision. If you submit your appeal by regular mail, it should be addressed to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, Room 4200, College Park, Maryland 20740-6001. Both the letter and envelope should be clearly marked "FOIA Appeal." If you submit your appeal by e-mail, please send it to foia@nara.gov, addressed to the Deputy Archivist, with the words "FOIA Appeal" in the subject line. Please be certain to explain why you believe this response does not meet the requirements of the Freedom of Information Act. All communications concerning this request should reference FOIA case tracking number 56806.

If you would like the opportunity to discuss my response and attempt to resolve your dispute without initiating the appeals process, you may contact our FOIA Public Liaison for assistance:

> Accessioned Executive Branch Records – Washington, DC Area
> FOIA Requester Service Center: 301-837-3190
> FOIA Public Liaison: Martha Wagner Murphy
> 8601 Adelphi Road, Room 5500
> College Park, MD 20740-6001
> Telephone: 301-837-3270
> E-mail: dc.foia.liaison@nara.gov

If you are unable to resolve your dispute through our Public Liaison, the Office of Government Information Services (OGIS) is the federal FOIA ombudsman. OGIS offers mediation services to

help resolve disputes between FOIA requesters and federal agencies. You may contact OGIS at the following address:

> Office of Government Information Services (OGIS)
> National Archives and Records Administration
> 8601 Adelphi Road, Room 2510
> College Park, MD 20740-6001
> ogis@nara.gov
> 202-741-5770
> 1-877-684-6448

Sincerely,


ROBERT REED
Archivist
Special Access and FOIA Branch