# Exhibit D

**From:** **Gabe Roth** gabe@fixthecourt.com
**Subject:** Fwd: Request to Expedite FOIA case 56806
**Date:** July 12, 2018 at 3:37 PM
**To:** Beth France beth.france@americanoversight.org, Katherine Anthony katherine.anthony@americanoversight.org



<span style="color:red">Redacted - Attorney-Client Privileged</span>

---------- Forwarded message ----------
From: **Rebecca Calcagno** <rebecca.calcagno@nara.gov>
Date: Thu, Jul 12, 2018 at 3:11 PM
Subject: Request to Expedite FOIA case 56806
To: gabe@fixthecourt.com
Cc: Robert Reed <robert.reed@nara.gov>

Dear Mr. Roth:

I am writing in response to your request to expedite your Freedom of Information Act request for records on Brett Kavanaugh (FOIA case tracking number 56806).

In accordance with 36 CFR 1250.28, the National Archives and Records Administration may, at its discretion, expedite the review of records requested under the Freedom of Information Act and move a request to the head of a FOIA processing queue, if the requester meets one of the following criteria:

- A reasonable expectation of an imminent threat to an individual's life or physical safety;
- A reasonable expectation of an imminent loss of a substantial due process right; or
- An urgent need to inform the public about an actual or alleged Federal Government activity (this applies only to those requests made by persons primarily engaged in disseminating information to the public); or
- The subject is of widespread and exceptional media interest and the information sought involves possible questions about the government's integrity that affect public confidence.

You requested expedited processing on the basis of an urgent need to inform the public about an actual or alleged Federal Government activity, citing Mr. Kavanaugh's nomination to the Supreme Court as justification for urgency. Your request is granted. Processing of the records you requested is underway. Once review of the records has been complete, a member of our staff will contact you and provide you with information on how you may access the reviewed material.

Sincerely,

Rebecca Calcagno


---------- Forwarded message ----------
From: **Gabe Roth** <gabe@fixthecourt.com>
Date: Thu, Jul 12, 2018 at 1:08 PM
Subject: Re: FOIA #56806
To: Robert Reed <robert.reed@nara.gov>, Clinton.library@nara.gov, Specialaccess_foia@nara.gov

Dear Rob,

Given the recent announcement regarding Mr. Kavanaugh's nomination to the Supreme Court, pursuant to 5 U.S.C. § 552(a)(6)(E)(i) and 36 C.F.R. § 1250.28(a)(3), Fix the Court requests that NARA expedite the processing of this request.

I hereby certify that, to the best of my knowledge and belief, the information requested is urgently needed in order to inform the public concerning actual or alleged government activity. As you know, on July 9 President Trump announced that he has nominated Mr. Kavanaugh to the Supreme Court, and Senate Majority Leader Mitch McConnell had previously stated that the Senate will act quickly to

confirm the President's nominee. The American public has a substantial and urgent need to have access to public records concerning Mr. Kavanaugh's public service record to inform its understanding of the impending confirmation hearings.

I further certify that Fix the Court is primarily engaged in disseminating information to the public. Fix the Court advocates for reforms to the federal judiciary that would make the third branch more transparent and accountable. We seek information and public records as part of our process and use those materials to educate the American about the court and its current and potential justices, sharing information with the media, issuing press releases, reports, and research. As just one example, Fix the Court recently shared financial disclosure reports it obtained for Mr. Kavanaugh and other potential nominees to the Supreme Court appearing on the President's short list (see NEW: Financial Disclosure Reports of the Supreme Court Finalists, Fix the Court, July 6, 2018, https://fixthecourt.com/2018/07/fdshortlisters/).

Accordingly, Fix the Court's request satisfies the criteria for expedition.  Please inform me whether NARA will comply with my request for expedited processing within 10 calendar days, as required by 5 U.S.C. § 552(a)(6)(E)(ii)(I) and 36 C.F.R. § 1250.28(d).

Thank you,
Gabe


--
Rebecca Calcagno, Ph.D., M.L.S.
Supervisory Archivist
Special Access and FOIA Branch (RD-F)
National Archives at College Park
Phone: (301) 837-2986
www.archives.gov/research/foia/