THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT<br>1440 G St. NW, Ste. 800,<br>Washington, DC 20005<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND<br> RECORDS ADMINISTRATION<br>700 Pennsylvania Avenue NW<br>Washington, DC 20408<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:18-cv-1621 (TSC) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Elizabeth J. Shapiro as counsel for the defendant in this matter.

Dated: July 16, 2018      Respectfully submitted,

               */s/ Elizabeth J. Shapiro*
               Elizabeth J. Shapiro (DC Bar 418920)
               Deputy Director, Federal Programs Branch
               U.S. Department of Justice, Civil Division
               20 Massachusetts Avenue, NW
               Washington, DC 20530
               Tel.: (202) 514-5302
               Email: elizabeth.shapiro@usdoj.gov

               *Counsel for Defendant*

## **CERTIFICATE OF FAMILIARITY**

Pursuant to LCvR 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated: July 16, 2018                    Respectfully submitted,

                                        */s/Elizabeth J. Shapiro*
                                        ELIZABETH J. SHAPIRO