# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>       Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

## NOTICE OF APPEARANCE

Please take notice that Rebecca M. Kopplin hereby enters her appearance as counsel of record for the defendant in this matter. The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Dated: July 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 514-3953
Fax: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for Defendant*