IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>*Defendant*. | Case No. 18-1621 (TSC) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) and the attached certifications, I hereby move the admission *pro hace vice* of Katherine M. Anthony of American Oversight, 1030 15th Street NW, B-255, Washington, DC 20005 to represent Plaintiff Fix the Court in this matter.

Dated: July 20, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | )  Case No. 18-1621 (TSC) |
|  | ) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | ) |
|  | ) |
| *Defendant*. | ) |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* and accompanying certification, it is hereby

**ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Katherine M. Anthony is **GRANTED.**

**SO ORDERED.**

Date: _____           _____
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>       *Plaintiff,*<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>       *Defendant.* | Case No. 18-1621 (TSC) |

**DECLARATION OF KATHERINE M. ANTHONY IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE***

Pursuant to the requirements of Local Rule 83.2(d)(1)-(6), I, KATHERINE M. ANTHONY, hereby declare as follows:

1. My full name is Katherine Marie Anthony.

2. I am an attorney at American Oversight. My office address is 1030 15th Street NW, B-255, Washington, DC 20005. My office phone number is (202) 897-3918.

3. I am admitted and a member in good standing of the Bar of the Massachusetts (BBO No. 685150).

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* to this Court once within the last two years.

6. Because I engage in the practice of law from an office located in the District of Columbia under the supervision of a member of the District of Columbia Bar, I hereby certify that my application for membership to the District of Columbia Bar is pending.

7. I further certify that I have reviewed and am familiar with the Local Rules of this Court.

8. I further certify that I will pay the required fee of $100 to the Clerk's Office upon the filing of this motion.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 20, 2018

_____
Katherine M. Anthony

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, I electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice*. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: July 20, 2018                                                                      Respectfully submitted,

                                                                                                */s/ Elizabeth France*
                                                                                                Elizabeth France