IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

**NOTICE**

This case concerns Plaintiff's request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to Defendant the United States National Archives and Records Administration (NARA) on April 4, 2018, and expedited by NARA on July 12, 2018.

The parties have agreed on a schedule for processing and production of the documents responsive to this request. NARA has agreed to process at least 1000 pages of potentially responsive documents each week and to make weekly rolling productions. The parties agree that this processing schedule will eliminate the need for preliminary injunction proceedings.

Dated: July 20, 2018                              Respectfully submitted,


                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

                                                  ELIZABETH J. SHAPIRO

1

Deputy Director
Federal Programs Branch

/s/ Rebecca M. Kopplin
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW
Washington, D.C. 20001
Telephone: (202) 514-3953
Facsimile: (202) 616-8202
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendant*