# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) Case No. 18-1621 (TSC) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) |
| *Defendant*. | ) ) |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Fix the Court hereby withdraws its Motion for a Preliminary Injunction, filed with the Court on July 16, 2018, ECF No. 4. Defendant the United States National Archives and Records Administration (NARA) has agreed to an expedited processing and production schedule for records responsive to Plaintiff Fix the Court's Freedom of Information Act request, as described in the Notice filed with the Court on July 20, 2018, ECF No. 8. NARA's agreement to process the requested records on this schedule has mitigated the irreparable harm to Fix the Court that formed the basis of Fix the Court's request for preliminary injunctive relief.

Dated: July 20, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
John E. Bies
D.C. Bar No. 483730
Austin R. Evers
D.C. Bar No. 1006999
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 987-2465

2

        beth.france@americanoversight.org
        john.bies@americanoversight.org
        austin.evers@americanoversight.org

*Counsel for Plaintiff Fix the Court*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2018, I electronically filed a copy of the foregoing Notice of Withdrawal of Motion for Preliminary Injunction. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated:  July 20, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*