IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-cv-1621 (TSC) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| *Defendant*. | ) ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Fix the Court, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant the U.S. National Archives and Records Administration in the above-captioned matter.

Dated: August 8, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851

*/s/ Katherine M. Anthony*
Katherine M. Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
beth.france@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in the District of Columbia under the

supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v.   ) <br> ) <br> U.S. NATIONAL ARCHIVES AND RECORDS ) <br> ADMINISTRATION, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 18-cv-1621 (TSC) |

**DECLARATION OF SERVICE**

I, KATHERINE M. ANTHONY, hereby declare as follows:

1. I am employed at American Oversight.

2. On July 10, 2018, Fix the Court initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On July 11, 2018, the Court issued signed summonses for service, and on July 12, 2018 I served the summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. National Archives and Records Administration. Service was effected by hand delivery on the U.S. Attorney for the District of Columbia and by Certified U.S. Mail, First-Class, return-receipt requested on the U.S. Attorney General and the U.S. National Archives and Records Administration.

3. On July 12, 2018, I served the U.S. Attorney for the District of Columbia by hand delivery made to paralegal Sharon Lee at the Civil Division of the U.S. Attorney's Office on the fourth floor of 501 Third Street NW, Washington, DC.

4.  According to USPS Tracking, service of process was effected on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530 on July 16, 2018. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Attorney General are attached in Exhibit A.

5.  According to the Certified Mail Return Receipt, service of process was effected on Defendant the U.S. National Archives and Records Administration at 8601 Adelphi Road, College Park, Maryland 20740 on April 16, 2018. As the package was mailed on July 12, 2018, I believe this date was a typographical error, and the package was in fact delivered on July 16, 2018, thus completing service of process as of that date. True and correct copies of the USPS Receipt, Certified Mail Receipt, and Certified Mail Return Receipt are attached in Exhibit B.

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2018

_____
Katherine M. Anthony