# Exhibit A

# USPS Tracking®

Track Another Package

**Tracking Number:** 70172620000005151135

Expected Delivery on

## MONDAY
**16** JULY 2018 ⓘ   by **8:00pm** ⓘ

### ✓ Delivered

July 16, 2018 at 4:32 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates**   ∨

---

**Tracking History**   ∧

July 16, 2018, 4:32 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:32 am on July 16, 2018 in WASHINGTON, DC 20530.

July 15, 2018, 11:11 am
Available for Pickup
WASHINGTON, DC 20530

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.45     0238
$                    $2.75      07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage             $1.21
                                             07/12/2018
$                   $7.41

Jeff Sessions
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2620 0000 5151 1135

July 15, 2018, 6:02 am
Arrived at Hub
WASHINGTON, DC 20018

July 14, 2018
In Transit to Next Facility

July 13, 2018
In Transit to Next Facility

July 12, 2018, 11:26 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

July 12, 2018, 6:05 pm
Departed Post Office
WASHINGTON, DC 20005

July 12, 2018, 9:52 am
USPS in possession of item
WASHINGTON, DC 20005

## Product Information ∧

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: 9590940238798060562026
(/go/TrackConfirmAction?tLabels=9590940238798060562026)

See Less ∧

# Can't find what you're looking for?