# Exhibit B

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $1.21

U.S. National Archives and Records Administration
8601 Adelphi Rd.
College Park, MD 20740

7017 2620 0000 0515 1111

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. National Archives and Records Administration
8601 Adelphi Rd.
College Park, MD 20740

9590 9402 3879 8060 5620 19

2. Article Number (Transfer from service label)
7017 2620 0000 0515 1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 4/16/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

```
=======================================
         MARTIN LUTHER KING JR
          1400 L ST NW LBBY 2
               WASHINGTON
                  DC
               20005-9997
              1049490238
07/12/2018    (800)275-8777   9:57 AM
=======================================
=======================================
Product              Sale        Final
Description          Qty         Price

First-Class           1          $1.21
Mail
Large Envelope
    (Domestic)
    (COLLEGE PARK, MD  20740)
    (Weight:0 Lb 1.60 Oz)
    (Estimated Delivery Date)
    (Saturday 07/14/2018)
  Certified           1          $3.45
    (@@USPS Certified Mail #)
    (70172620000005151111)
  Return              1          $2.75
  Receipt
    (@@USPS Return Receipt #)
    (9590940238798060562019)
First-Class           1          $1.21
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 1.60 Oz)
    (Estimated Delivery Date)
    (Saturday 07/14/2018)
  Certified           1          $3.45
    (@@USPS Certified Mail #)
    (70172620000005151135)
  Return              1          $2.75
  Receipt
    (@@USPS Return Receipt #)
    (9590940238798060562026)
First-Class           1          $1.21
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 1.60 Oz)
    (Estimated Delivery Date)
    (Saturday 07/14/2018)
  Certified           1          $3.45
    (@@USPS Certified Mail #)
    (70172620000005151142)
  Return              1          $2.75
  Receipt
    (@@USPS Return Receipt #)
    (9590940238798060562033)
First-Class           1          $1.21
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 1.40 Oz)
    (Estimated Delivery Date)
    (Saturday 07/14/2018)
  Certified           1          $3.45
    (@@USPS Certified Mail #)
    (70172620000005151104)
  Return              1          $2.75
  Receipt
    (@@USPS Return Receipt #)
    (9590940238798060561982)
First-Class           1          $1.21
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 1.40 Oz)
    (Estimated Delivery Date)
    (Saturday 07/14/2018)
  Certified           1          $3.45
    (@@USPS Certified Mail #)
    (70172620000005151098)
  Return              1          $2.75
  Receipt
    (@@USPS Return Receipt #)
    (9590940238798060561999)
First-Class           1          $1.21
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 1.40 Oz)
    (Estimated Delivery Date)
    (Saturday 07/14/2018)
  Certified           1          $3.45
    (@@USPS Certified Mail #)
    (70172620000005151128)
  Return              1          $2.75
  Receipt
    (@@USPS Return Receipt #)
    (9590940238798060562002)

Total                           $44.46

Credit Card Remitd              $44.46
```