IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 13, 2018 Minute Order, the parties respectfully submit the following:

(1) This case concerns Plaintiff's request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to Defendant the United States National Archives and Records Administration (NARA) on April 4, 2018, and expedited by NARA on July 12, 2018.

(2) NARA has completed its processing and production of the documents responsive to this request, exceeding the pace of productions required by the parties' agreement of July 20, 2018.  Of the approximately 20,000 pages of documents responsive to Plaintiff's request, NARA has released more than 13,000 pages in full and more than 6,000 pages in redacted form.

(3) The parties have been engaging in discussions aimed at narrowing the issues in dispute in this case.  The parties intend to continue meeting and conferring, which may remove the need for dispositive briefing.  To permit this process to continue, the parties

1

respectfully request that they be given until October 15, 2018 to submit another Joint Status Report including, if appropriate, a proposed schedule for further proceedings.

Dated: September 14, 2018                        Respectfully submitted,

/s/ Elizabeth France                             JOSEPH H. HUNT
Elizabeth France                                 Assistant Attorney General
D.C. Bar No. 999851
John E. Bies                                     ELIZABETH J. SHAPIRO
D.C. Bar No. 483730                              Deputy Director
Austin R. Evers                                  Federal Programs Branch
D.C. Bar No. 1006999
Katherine M. Anthony                             /s/Rebecca M. Kopplin
MA Bar No. 685150*                               REBECCA M. KOPPLIN
(admitted *pro hac vice*)                        Trial Attorney (California Bar No. 313970)
AMERICAN OVERSIGHT                               United States Department of Justice
1030 15th Street NW, B255                        Civil Division, Federal Programs Branch
Washington, DC 20005                             20 Mass. Ave. NW
(202) 897-2465                                   Washington, D.C.  20001
beth.france@americanoversight.org                Telephone:  (202) 514-3953
john.bies@americanoversight.org                  Facsimile:  (202) 616-8202
austin.evers@americanoversight.org               Email: Rebecca.M.Kopplin@usdoj.gov
katherine.anthony@americanoversight.org

*Counsel for Defendant*

*Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff Fix the Court*