IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>　　　Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report of September 14, 2018, it is hereby

**ORDERED** that the parties shall continue to meet and confer and submit a Joint Status Report on or before October 15, 2018.

**SO ORDERED**.


Date: _____          _____
                               TANYA S. CHUTKAN
                               United States District Judge

1