IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

Please enter the following change of addresses for Elizabeth J. Shapiro and Rebecca Kopplin as counsel for the Defendant in this matter. All future correspondence and other communications regarding this matter should be directed to counsel at the addresses and phone numbers below.

Dated: October 9, 2018

Respectfully submitted,

/s/ *Elizabeth J. Shapiro*
Elizabeth J. Shapiro (DC Bar 418920)
Deputy Director, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 12100
Washington, DC 20005
Tel.: (202) 514-5302
Email: elizabeth.shapiro@usdoj.gov

/s/ *Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

              Telephone:  (202) 514-3953
              Facsimile:  (202) 616-8202
              Email: Rebecca.M.Kopplin@usdoj.gov

              *Counsel for Defendant*