**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FIX THE COURT,

    Plaintiff,

    v.

U.S. NATIONAL ARCHIVES
AND RECORDS ADMINISTRATION,

    Defendant.

Civil Action No. 1:18-cv-1621 (TSC)

**JOINT STATUS REPORT**

Pursuant to the Court's September 18, 2018 Minute Order, the parties respectfully submit the following:

(1) This case concerns Plaintiff's request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to Defendant the United States National Archives and Records Administration (NARA) on April 4, 2018, and expedited by NARA on July 12, 2018.

(2) NARA has completed its processing and production of the documents responsive to this request, exceeding the pace of productions required by the parties' agreement of July 20, 2018. Of the approximately 20,000 pages of documents responsive to Plaintiff's request, NARA has released more than 13,000 pages in full and more than 6,000 pages in redacted form.

(3) In order to facilitate discussions between the parties, NARA has provided Plaintiff with additional information about selected documents that were withheld in full.

(4) The parties continue to engage in discussions aimed at narrowing the issues in dispute, and potentially avoiding the need for dispositive briefing in this case.  To permit this process to continue, the parties respectfully request that they be given until November 15, 2018 to submit another Joint Status Report including, if appropriate, a proposed schedule for further proceedings.

Dated: October 15, 2018                              Respectfully submitted,


/s/ Elizabeth France                                 JOSEPH H. HUNT
Elizabeth France                                     Assistant Attorney General
D.C. Bar No. 999851
John E. Bies                                         ELIZABETH J. SHAPIRO
D.C. Bar No. 483730                                  Deputy Director
Austin R. Evers                                      Federal Programs Branch
D.C. Bar No. 1006999
Katherine M. Anthony                                 /s/ RebeccaM. Kopplin
MA Bar No. 685150*                                   REBECCA M. KOPPLIN
(admitted pro hac vice)                              Trial Attorney (California Bar No. 313970)
AMERICAN OVERSIGHT                                   United States Department of Justice
1030 15th Street NW, B255                            Civil Division, Federal Programs Branch
Washington, DC 20005                                 1100 L. St. NW
(202) 897-2465                                       Washington, D.C.  20005
beth.france@americanoversight.org                    Telephone:  (202) 514-3953
john.bies@americanoversight.org                      Facsimile:  (202) 616-8202
austin.evers@americanoversight.org                   Email: Rebecca.M.Kopplin@usdoj.gov
katherine.anthony@americanoversight.org

*Member of the MA bar only; practicing in        Counsel for Defendant
the District of Columbia under the
supervision of members of the D.C. Bar
while application for D.C. Bar membership
is pending.

Counsel for Plaintiff Fix the Court