IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

## PROPOSED ORDER

Upon consideration of the parties' Joint Status Report of November 15, 2018, it is hereby

**ORDERED** that the parties shall continue to meet and confer and submit a Joint Status Report on or before January 7, 2019.

**SO ORDERED**.

Date: _____                     _____
                                                                      TANYA S. CHUTKAN
                                                                      United States District Judge

1