IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>　　　Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

**MOTION FOR A STAY OF JOINT STATUS REPORT DEADLINE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

　　Defendant hereby moves for a stay of the upcoming January 7 Joint Status Report in the above-captioned case.

　　1.　　At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The lapse also affects the National Archives. The Department does not know when funding will be restored by Congress.

　　2.　　Absent an appropriation, Department of Justice attorneys and other furloughed employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

　　3.　　Undersigned counsel for the Department of Justice therefore requests a stay of the upcoming January 7 Joint Status Report until Congress has restored appropriations to the Department.

　　4.　　If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests

1

that, at that point, the current deadlines for the Joint Status Report be extended commensurate with the duration of the lapse in appropriations.

5.  Opposing counsel has authorized counsel for the Government to state that Plaintiff does not object to tolling the upcoming joint status report deadline, commensurate with the length of the lapse in appropriations, but does oppose a broader stay of this action.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 2, 2019                          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/Rebecca M. Kopplin
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW
Washington, D.C. 20001
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendant*