IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Stay of Joint Status Report Deadline in Light of Lapse of Appropriations, the Motion is hereby **GRANTED**.

The parties' January 7, 2019 deadline to file a joint status report is hereby **STAYED**. Defendants shall notify the Court when Congress has appropriated funds for the Department of Justice, and at that the deadline will be extended commensurate with the duration of the lapse in appropriations.

**SO ORDERED**.

Dated: _____                   _____
                                            THE HONORABLE TANYA S. CHUTKAN
                                            United States District Judge

1