IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. NATIONAL ARCHIVES<br>AND RECORDS ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 1:18-cv-1621 (TSC) |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On January 2, 2019, this Court granted Defendant's motion for a stay of the parties' joint status report deadline commensurate with the duration of the lapse of appropriations for the Department of Justice and the U.S. National Archives and Records Administration. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and the National Archives, and the Department resumed its usual civil litigation functions. Pursuant to the Court's order, the deadline for the parties' joint status report should be extended by 35 days. Accordingly, Defendant now intends to confer with Plaintiff and file a joint status report on or before February 11, 2019.

Dated: January 28, 2019                  Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         ELIZABETH J. SHAPIRO
                                         Deputy Director
                                         Federal Programs Branch

                                         /s/ Rebecca M. Kopplin

1

REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20005
Telephone:  (202) 514-3953
Facsimile:  (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendant*