## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT ) | |
| ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. 18-cv-1621 (TSC) |
| ) | |
| U.S. NATIONAL ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| *Defendant.* ) | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

The parties hereby inform the Court that the parties have resolved all outstanding issues relating to Defendant's productions; Defendant has completed its response to Plaintiff's FOIA requests; and there are no issues remaining in dispute. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fix the Court and the U.S. National Archives and Records Administration, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with each side to bear its own costs, attorneys' fees, and expenses.

Dated: January 31, 2019                    Respectfully submitted,

JOSEPH H. HUNT                             */s/ Elizabeth France*
Assistant Attorney General                 Elizabeth France, D.C. Bar #999851
                                           John E. Bies, D.C. Bar No. 483730
                                           Austin R. Evers, D.C. Bar No. 1006999
ELIZABETH J. SHAPIRO                        Katherine M. Anthony, MA Bar No. 685150*
Deputy Director, Federal Programs Branch    (admitted *pro hac vice*)

*/s/ Rebecca M. Kopplin*                    AMERICAN OVERSIGHT
REBECCA M. KOPPLIN                          1030 15th Street NW, B255
Trial Attorney (California Bar No. 313970)  Washington, DC 20005

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3953
Facsimile: (202) 616-8570
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendant*

(202) 897-2465
beth.france@americanoversight.org
john.bies@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*