UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIX THE COURT,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-cv-1621 (TSC) |
| **U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 19, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear its own costs.

Date:  January 31, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge